FILED IN OPEN COURT

JAN 31 2014

CHARLES R. DIARD, JR.
CLERK

VMD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-00009-KD |
| | * | USAO NO. 13R00368 |
| v. | * | VIOLATIONS: |
| | * | 29 U.S.C. § 501(c) |
| | * | 18 U.S.C. § 1029(a)(2) |
| HAROLD RAY | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

Beginning in January of 2008, and continuing to December 2012, in the Southern District of Alabama, Southern Division, the defendant,

**HAROLD RAY**

did unlawfully and willfully embezzle, steal, abstract and convert to his own use or the use of another the monies, funds, securities, property and assets of the National Association of Letter Carriers, Branch 469, a labor organization engaged in an industry affecting commerce within the meaning of Section 402(I) and Section 402(j) of Title 29. While serving as Secretary, the defendant embezzled, stole, abstracted and converted to his own use or the use of another monies, funds, securities, property and assets of the National Association of Letter Carriers (NALC), Branch 469 totaling approximately $38,565.67 by charging personal expenses to the Union Plus MasterCard, account number XXXX-XXXX-XXXX-**1093,** which was issued to the defendant for use in the discharge of his official duties.

In violation of Title 29, United States Code, Section 501(c).

## COUNT TWO

From 2009, continuing until December 2012, in the Southern District of Alabama, Southern Division the defendant,

**HAROLD RAY**

did knowingly and with intent to defraud, possessed, and used an access device, to-wit: a Union Travel MasterCard, account number XXXX-XXXX-XXXX-**1671**, which was issued to the defendant without the knowledge or permission of the State of Alabama (SA), National Association of Letter Carriers (NALC). The defendant knowingly and with intent to defraud, obtained and used the unauthorized access device during any one-year period, and by such conduct obtained anything of value aggregating $1,000 or more during that period.

In violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
By:
_____
Vicki M. Davis
Assistant United States Attorney

_____
John G. Cherry
Assistant United States Attorney
Chief, Criminal Division

JANUARY 2014